```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675056033
Cashier ID: althea2
Transaction Date: 08/23/2019
Payer Name: RONALD KNOWLES
---------------------------------
CIVIL FILING FEE
 For: RONALD KNOWLES
 Amount:         $400.00
---------------------------------
CREDIT CARD
 Amt Tendered: $400.00
---------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

1:19-cv-0069
```