# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| Ronald P. Knowles<br>Plaintiff | )<br>)<br>)<br>) CASE NO.<br>) |
| vs. | )<br>)<br>) |
| Robyn DELL Knowles;<br>Michael D. Cox;<br>Stella L Hargrove;<br><br>Defendants | )<br>) JURY TRIAL DEMANDED 12<br>)<br>)<br>)<br>) |

---

**PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS PAMELA ANDERSON TAYLOR AND BRENTON HALL LANKFORD**

---

Plaintiff, Ronald P. Knowles, pursuant to Federal Rules of Civil Procedure Rule 65, hereby moves this Honorable Court for entry of an Emergency Temporary Restraining Order and Preliminary Injunction enjoining Defendants Robyn DELL (Finley) Knowles and Michael D. cox Stella L. Hargrove. From engaging in, and or, perpetuating further "Corrupt Racketeering Activities," including: (1) extortion under color of law, (2) witness tampering, (3) obstruction of justice, (4) extortion through fraudulent orders, (5) subordinating perjury, (6) conspiring with trial court judges to deny due process and engage in "Corrupt Racketeering Activities," (7) conspiring with appellate court judges to deny due process and engage in

1

"Corrupt Racketeering Activities," and underlying abuses of process leading to "Racketeering Activities" including: (1) ignoring discovery requests, (2) making false statements during proceedings, and other vexatious litigation tactics.

1. On Nov 26 2018, Plaintiff, Ronald P. Knowles filed a motion with affidavit Verified Complaint alleging Defendants conspired with The Honorable judge Stella L. Hargrove and the chancery court for Maury county, Tennessee at Columbia judges to commit federal law violations of extortion, witness tampering, objection of justice, and denial of due process all defined as "racketeering activities" under 18 USC § 1961 subject to civil suit pursuant to 18 USC § 1964 and 42 USC § 1983.

2. Pursuant to Rule 65(a)(1) of the Federal Rules of Procedure, undersigned Plaintiff, acting as pro se counsel, respectfully certifies to the Court that on July 12 2019 Plaintiff filed a petition of modification or enforcement complaint in this matter naming Defendants

3. Despite the fact of Plaintiff's complaint against them, Defendants continue to engage in "Corrupt Racketeering Activities" and act with impunity as though they are above the law and not subject to the law.

4. On Aug 16 2019, Defendants filed "Order, " with the chancery Court for Maury county, Tennesseans at Columbia

5. Without any legal basis whatsoever, Defendants have requested the chancery Court for Maury county, Tennessee at Columbia award their client attorney's fees and real property located at 665 dear ridge Rd Waynesboro, Wayne county Tennesse. The court

appoints Chasity Kelly as special master to conduct the sale of the real property and mobile home currently located there on. Said public auction shall be scheduled within thirty days of entry of this order. Upon sale, the parties shall split equally any proceed received after payment of the cost associated with the sale.

6 . Plaintiff alleges this is yet another "Corrupt Racketeering Scheme" intended to extort money from Plaintiff under color of law.

6. There's no record in the state of TENNESSEE we where ever married plainly evidences conspiracy and Defendants to extort significant monies from Plaintiff under color of law.
7. If this "racketeering scheme" is allowed to continue, Plaintiff will suffer irreparable harm. Plaintiff has already been made insolvent and will likely be forced into the streets as a result of the corrupt activities that led to his cause of action against the Defendants.
8. Any harm to Defendant from enjoining "racketeering activities" would be outweighed by the actual and potential effects of protecting the interests of Plaintiff and other present and future litigants facing

This Emergency Motion is supported by a concurrently filed Memorandum in Support of PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT'S Robyn Dell Knowles AND Michael D Cox & Stella L hargrove

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

due process to Plaintif.

Respectfully submitted,

_____
Ronald P. Knowles
665 dear ridge Rd Waynesboro TN 38485

4