IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Ronald P. Knowles
Plaintiff(s),

v. Robyn Bell (Finley) Knowles
Michael D. Cox
Stilla L. Hargrove
Defendant(s).

Case Number 01-19-0069

Judge _____

Magistrate Judge _____

Emergency Motion for TRO
(Type of Pleading)

Emergency Motion for TRO Hearing
Plaintiff respectfully makes this honorable court for emergency TRO hearing immediatly. Plaintiff demands District court judge attend this matter with the utmost of haste. Petitioner objects to assignment of this matter to a migistrate judge. Plantiff asserts his right of due process which includs a right to be heard without this courts immedrate intervention, Plaintiffs home will be auction off tomorrow un lawfulley in violation of Plantiffs right of due process and in violation of state court order and in violation of automker stay provided for in Tennesee Rules of civil procedure, wherefore promises considel Plantiff implores:
1 that this court conduct emergendy Tro hering
2 that plantifts TRO motion be granted
3 and for any other relise deemed appropriate

_Ronald P Knowles_
(Signature)

Ronald P. Knowles
(Print Name)

Ronald P. Knowles
665 Pear Ridge rd
waynesboro RD wayne Co TN 38485
(Address & Telephone Number, if any)