# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| RONALD PAUL KNOWLES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:19-cv-00069 |
| ROBYN DELL FINLEY, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 24), which was filed on November 15, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed for lack of subject matter jurisdiction and because of the domestic relations exception to jurisdiction. The Magistrate Judge further recommends that Defendants' Motion to Dismiss (Doc. No. 20) be granted to the extent that it raises these jurisdictional issues. On August 29, 2019, the Magistrate Judge ordered Plaintiff to show cause by September 13, 2019, as to why his lawsuit should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 14). Plaintiff has not responded to the show cause order or Defendants' Motion to Dismiss. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' Motion to Dismiss (Doc. No. 20) is **GRANTED**, and this action is dismissed for lack of subject matter jurisdiction.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE